Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
Jonah.grossbardt@sriplaw.com
Matthew.rollin@sriplaw.com

Attorneys for Plaintiff
ALEXANDER BAYONNE STROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WASHNER dba UNIVERSAL SPA SERVICE and dba ORANGECOUNTYPOOLSPAS.COM,<br><br>Defendant. | Case No.: 8:21-cv-01575<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand for Jury Trial** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ALEXANDER BAYONNE STROSS by and through undersigned counsel, brings this Complaint against Defendant ROBERT WASHNER dba

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT　　　　　　　　　　CASE NO.: 8:21-CV-01575

UNIVERSAL SPA SERVICE and dba ORANGECOUNTYPOOLSPAS.COM for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff ALEXANDER BAYONNE STROSS ("Stross") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stross' original copyrighted Work of authorship in Work.

2. Stross is the owner and principal photographer of Stross Stock. After traveling the world with his camera, creating thousands of high-quality photographs, the natural next step was to offer the public means to license his Work. Each photo on Stross Stock is shot with top-quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public.

3. Stross is a native of Austin, Texas, and watched the small city grow and develop into an urban hot spot. This served as his inspiration to become a photographer, centering his expertise on complicated architectural photography and landscape photography. In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor. Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4. Defendant ROBERT WASHNER dba UNIVERSAL SPA SERVICE and dba ORANGECOUNTYPOOLSPAS.COM ("Washner") has been a residential pool and spa service provider in Southern California for over 30 years. He provides weekly maintenance services as well as specialty services including filter, pumps, seals, leaks, heaters, salt systems, tiles, acid wash, and more. At all times relevant to herein, upon information and belief, Washner is the owner of the website located at the URL https://www.orangecountypoolspas.com/ ("the website").

5. Stross alleges that Washner copied Stross' copyrighted Work from the internet in order to advertise, market and promote its business activities. Washner

committed the violations alleged in connection with Washner's business for purposes of advertising and promoting sales to the public in the course and scope of the Washner's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Robert Washner dba Universal Spa Service and dba orangecountypoolspas.com is an individual residing at 6232 Hefley Street, Apartment A, Westminster, CA 92683.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2010, Stross created the photograph entitled "1" which is shown below and referred to herein as the "Work".



COMPLAINT FOR COPYRIGHT INFRINGEMENT                                  CASE NO.: 8:21-CV-01575

12. Stross registered the Work with the Register of Copyrights on November 10, 2011 and was assigned the registration number VAu 1-088-759. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Stross was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Washner has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Washner copied the Work.

16. On or about June 10, 2019, Stross discovered the unauthorized use of Work.

17. Washner copied Stross' copyrighted Work without Stross' permission.

18. After Washner copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of his pool service business.

19. Washner copied and distributed Stross' copyrighted Work in connection with Washner's business for purposes of advertising and promoting Washner's business, and in the course and scope of advertising and selling products and services.

20. Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Washner committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Stross never gave Washner permission or authority to copy, distribute or display the Work at issue in this case.

23. Stross notified Washner of the allegations set forth herein on February 7, 2020 and March 4, 2020. To date, Washner has failed to respond to Plaintiff's Notices.

## COUNT I

## COPYRIGHT INFRINGEMENT

24. Stross incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Stross owns a valid copyright in the Work at issue in this case.

26. Stross registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Washner copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stross' authorization in violation of 17 U.S.C. § 501.

28. Washner performed the acts alleged in the course and scope of its business activities.

29. Washner's acts were willful.

30. Stross has been damaged.

31. The harm caused to Stross has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Robert Washner dba Universal Spa Service and dba orangecountypoolspas.com that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

# JURY DEMAND

Plaintiff Alexander Bayonne Stross hereby demands a trial by jury of all issues so triable.

DATED: September 25, 2021          Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Alexander Bayonne Stross*